UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 21-cv-23943-GAYLES

U.S. National Association,

        Plaintiff,

v.

Aracely Camacho,

        Defendant.

_____/

## ORDER

**THIS CAUSE** comes before the Court upon Defendant's Notice of Removal [ECF No. 1]. The Court has reviewed the Notice of Removal and the record and is otherwise fully advised. For the reasons set forth below, this action is remanded to the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (the "State Court").

    Based on a review of the record, Plaintiff filed this action in State Court in 2017. Four years later, Defendant removed it to this Court on the basis of diversity jurisdiction. However, Plaintiff's removal is untimely. Pursuant to 28 U.S.C. § 1446(b), a defendant must file a notice of removal within 30 days of receipt of the initial pleading setting forth the claim for relief. Failure to timely remove requires that the case be remanded. *See Countrywide Home Loans v. Warshaw*, No. 17-80467, 2017 WL 7733545, at *1 (S.D. Fla. June 15, 2017) ("Remand is appropriate where removal is untimely.").

    In response to the Court's Order directing Defendant to explain how removal here was timely [ECF No. 4], Defendant argues that he discovered a new fraud. [ECF No. 5]. However,

even if there was a newly discovered fraud, that does not make removal timely. Defendant was aware of the diversity between the parties and the amount in controversy when this action was filed in 2017. Accordingly, it is

**ORDERED AND ADJUDGED** that this case shall be remanded to the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. The Clerk is directed to mark this case **ADMINISTRATIVELY CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of December, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE